UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCESCO GROSSI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>HEALTH IQ INSURANCE SERVICES, INC.,<br><br>    Defendant. | Case No.: 3:18-cv-589-MAS-LHG<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Francesco Grossi and Defendant Health IQ Insurance Services that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses this action against Defendant in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members. Each party shall bear their own fees and costs incurred within.

Dated: September 4, 2018

**DENITTIS OSEFCHEN PRINCE, P.C.**

By: *s/ Ross H. Schmierer*
Ross H. Schmierer, Esq.
5 Greentree Circle, Suite 410
Marlton, NJ, 08053
Telephone: (856) 797-9951
rschmierer@denittislaw.com
*Attorneys for Plaintiff*

**CLARK HILL PLC**

By: *s/ Scott B. Galla*
Scott B. Galla, Esq.
Vincent M. Roskovensky, Esq.
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: 215.640.8512
sgalla@clarkhill.com
vroskovensky@clarkhill.com
*Attorneys for Defendant*

**SO ORDERED**:

_____  9/19/18
Hon. Michael A. Shipp, U.S.D.J.